AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

San Francisco Technology, Inc.
        Plaintiff,

-against-

Maybelline LLC, et al
        Defendants.

**APPEARANCE**

Case Number: 10-5931 (PAC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Medtech Products Inc.

I certify that I am admitted to practice in this court.

8/18/2010
Date

Signature

Karl Geercken
Print Name          Bar Number

Alston & Bird LLP, 90 Park Avenue
Address

New York     New York     10016
City     State     Zip Code

(212) 210-9400     (210) 210-9444
Phone Number     Fax Number